IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES EDWARD OWEN | § |
| | § |
| VS. | § CIVIL ACTION NO.4:10-CV-476-Y |
| | § |
| MICHAEL J. ASTRUE, | § |
| Commissioner of | § |
| Social Security | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On May 12, 2011, the magistrate judge issued his findings, conclusions, and recommendation ("findings") in this case. In his findings, the magistrate judge recommends that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying the plaintiff's claims for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. Neither the plaintiff nor the commissioner filed objections to the findings.

After review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED AND REMANDED.

SIGNED August 2, 2011.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE